# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  APPOINTMENT TO | :  No. 456 |
| | : |
| CRIMINAL PROCEDURAL | :  CRIMINAL PROCEDURAL RULES |
| | :  DOCKET |
| RULES COMMITTEE | : |

## O R D E R

**PER CURIAM:**

AND NOW, this 15th day of September, 2014, Michael J. Machen, Esquire, Allegheny County, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term of three years commencing October 1, 2014.